Form G-2

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

IN RE:                                            )
Hawthorne Race Course, Inc.                       )      Case No. 26-03505
                                                  )
                                                  )      Chapter 11
                                                  )
                                                  )
        Debtor(s)                                 )

## Certification of Relatedness

The undersigned attorney certifies that:

1. __4__ cases are being filed under Chapter 11 that are related to each other, related to case(s) now pending, or both.

2. The cases are related because:

   [ ] the debtors are husband and wife; or
   [ ] the debtor was a debtor in a previous case under Chapter 11; or
   [✓] the cases involve persons or entities that are affiliates as defined in §101(2) of the Bankruptcy Code.

3. List of related bankruptcy case number(s) and case name(s):

   In re Hawthorne Race Course, Inc.  26-03505
   In re: Suburban Downs, Inc.  26-03515
   In re: Carey Heirs Properties LLC  26-03512
   In re: Post Time Catering, Inc. 26-03517

Date of certification: __February 27, 2026__  Attorney's Signature: __/s/ Barry A. Chatz__

**This form must be filed in each related Bankruptcy Case**

Revised: 05/26/2017_lam