**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

---

Case Title: In Re: Hawthorne Race Course, Inc.   Case Number: 26-03505

An appearance is hereby filed by the undersigned as attorney for:

**Illinois Thoroughbred Horsemen's Association**

Attorney name (type or print):  Kevin H. Morse

Firm:    Clark Hill PLC

Street address:     130 E. Randolph Street, Suite 3900

City/State/Zip:    Chicago, Il 60601

Bar ID Number: 6297244                    Telephone Number:    312.985.5556
(See item 3 in instructions)

Email Address: kmorse@clarkhill.com

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ☒ **Yes** | ☐ No |
| Are you a member of the court's general bar? | ☒ **Yes** | ☐ No |
| Are you a member of the court's trial bar? | ☐ Yes | ☒ **No** |
| Are you appearing *pro hac vice*? | ☐ Yes | ☒ **No** |
| If this case reaches trial, will you act as the trial attorney? | ☐ Yes | ☒ **No** |

If this is a criminal case, check your status.   ☐ Retained Counsel

☐ Appointed Counsel:
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on February 27, 2026

Attorney signature:    S/ Kevin H. Morse_____
(Use electronic signature if the appearance form is filed electronically.)

Revised  7/19/2023