# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Hawthorne Race Course, Inc.   Case Number: 26-03505

An appearance is hereby filed by the undersigned as attorney for:
Latto Capital LLC

Attorney name (type or print): Joel A. Schechter

Firm: Law Offices of Joel A. Schechter

Street address: 53 West Jackson Blvd., Suite 860

City/State/Zip: Chicago, IL 60604

Bar ID Number: 3122099
(See item 3 in instructions)

Telephone Number: 312-332-0267

Email Address: joel@jasbklaw.com

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ☑ Yes | ☐ No |
| Are you acting as local counsel in this case? | ☐ Yes | ☑ No |
| Are you a member of the court's trial bar? | ☑ Yes | ☐ No |
| If this case reaches trial, will you act as the trial attorney? | ☑ Yes | ☐ No |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on February 27, 2026

Attorney signature:    S/ Joel A. Schechter
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015