UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| HAWTHORNE RACE COURSE, INC., | ) | CASE NO.  26-03505 |
| | ) | |
| | ) | |
| DEBTOR(S) | ) | HON. DEBORAH L. THORNE |

**NOTICE OF MEETING OF CREDITORS
TO BE CONDUCTED VIA MICROSOFT TEAMS**

PLEASE TAKE NOTICE that the Meeting of Creditors is scheduled for **Tuesday, April 7, 2026, at 1:00 pm**. Please also note that the meeting will be conducted via Microsoft Teams. Parties wishing to participate in the meeting must use the following information to access the meeting:

**To Join by Video**
**Meeting ID:**     992 526 393 132
**Passcode:**        e3EG6vj7

**To Join by Phone**
**Telephone No.:**  **(202) 235-7900**
**Passcode:**        **493 089 604#**

All appearances at the meeting of creditors will be by Microsoft Teams. No personal appearances are permitted unless otherwise instructed by the U.S. Trustee's Office. The Debtor and Debtor's counsel must appear by video. All others may attend either on video or by phone.

ADAM G. BRIEF
ACTING U. S. TRUSTEE

By: */s/ Jeffrey L. Gansberg*
Jeffrey L. Gansberg, Attorney
OFFICE OF THE U.S. TRUSTEE
219 S. Dearborn, Room 873
Chicago, Illinois 60604
(202) 567-1129

## **CERTIFICATE OF SERVICE**

       I, Jeffrey L. Gansberg,

☒ an attorney, certify
    - or -
☐ a non-attorney, declare under penalty of perjury under the laws of the United States of America

that I served a copy of this notice on each entity shown on the attached list at the address shown and by the method shown on March 2, 2026, at 5:00 p.m.

                                                              By: */s/Jeffrey L. Gansberg*

## **SERVICE LIST**

**Registrants Served Through the Court's Electronic Notice For Registrants:**

| | |
|---|---|
| George P. Apostolides: | george.apostolides@saul.com, keri.ambrose@saul.com; LitigationDocketing@saul.com |
| Brooke H. Blackwell: | bblackwell@vedderprice.com, ecfdocket@vedderprice.com |
| Adam G. Brief: | Ustpregion11.es.ecf@usdoj.gov |
| Barry A. Chatz: | barry.chatz@saul.com, jurate.medziak@saul.com |
| Michael M. Eidelman: | meidelman@vedderprice.com, ecfdocket@vedderprice.com; michael-eidelman-9405@ecf.pacerpro.com; 7610@ecf.pacerpro.com |
| David A. Golin: | david.golin@saul.com, maggie.gonzalez@saul.com |
| Gordon E. Gouveia: | ggouveia@foxrothschild.com, il.dkt@foxrothschild.com |
| Kevin H. Morse: | kmorse@clarkhill.com, kwebster@clarkhill.com |
| Joel A. Schechter: | joel@jasbklaw.com, joelschechter1953@gmail.com; r60549@notify.bestcase.com |

**Parties Served via U.S. First Class Mail\*:**

- **See attached mailing matrix**

\*The First-Class Mail Recipients will be served by BMC Group on the date noted above and a Proof of Service executed by BMC Group will be filed.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 26-03505<br>Northern District of Illinois<br>Eastern Division<br>Mon Mar  2 11:59:58 CST 2026 | Hawthorne Race Course, Inc.<br>3501 S. Laramie Avenue<br>Stickney, IL 60804-4598 | Omni Agent Solutions, Inc.<br>5955 De Soto Ave<br>Ste 100<br>Woodland Hills, CA 91367-5100 |
| U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | Aria Group Architects, Inc<br>830 North Blvd<br>Oak Park, IL 60301-1354 | CDI, Inc<br>600 Hurstbourne Pkwy, Ste 400<br>Louisville, KY 40222-5389 |
| Fanatics, LLC<br>8100 Nations Way<br>Jacksonville, FL 32256-4405 | Horseracing Integrity<br>401 W Main St, Ste 222<br>Lexington, KY 40507-1630 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Laurel<br>P.O. Box 130<br>Laurel, MD 20725-0130 | Mail Stop 5014CHI<br>230 S. Dearborn Street, Room 2600<br>Chicago, IL 60604-1705 | Monarch Content Management<br>285 W Himting Dr<br>Arcadia, CA 91007 |
| Roberts Communications Network, LLC 4075 Vol<br>Henderson, NV 89044-1845 | WE O'Neil Construction Co<br>1245 W Washington Blvd<br>Chicago, IL 60607-1929 | Woodbine Thoroughbred<br>P.O. Box 156<br>555 Rexdale Blvd<br>Etobicoke, ON M9W 5L2<br>Canada |
| Adam G. Brief<br>Office of the U. S. Trustee, Region 11<br>219 South Dearborn<br>Room 873<br>Chicago, IL 60604-2027 | Barry A Chatz<br>Saul Ewing Arnstein & Lehr LLP<br>161 North Clark Street<br>Suite 4200<br>Chicago, IL 60601-3316 | David A. Golin<br>Saul Ewing LLP<br>161 N. Clark Street<br>Suite 4200<br>Chicago, IL 60601-3316 |
| George P Apostolides<br>Saul Ewing Arnstein & Lehr LLP<br>161 N. Clark Street<br>Suite 4200<br>Chicago, IL 60601-3316 | | |


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Derby DIP LLC as designee for JDI Loans LL | (u)Illinois Thoroughbred Horsemen's Associ | (u)Latto Capital LLC |
| (u)Signature Bank | End of Label Matrix<br>Mailable recipients    18<br>Bypassed recipients     4<br>Total                  22 | |