# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Hawthorne Race Course, Inc., *et al*.,[1] | ) Case No. 26-03505 |
| | ) |
| Debtors. | ) Hon. Timothy A. Barnes |
| | ) Joint Administration Requested |

## NOTICE OF FILING

PLEASE TAKE NOTICE that on March 3, 2026, we caused to be filed with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois – Eastern Division, **LIST OF CREDITORS/MATRIX.**

**SAUL EWING LLP**

By: */s/ Barry A. Chatz*
Barry A. Chatz (ARDC# 6196639)
David A. Golin (ARDC# 6180517)
161 North Clark Street, Suite 4200
Chicago, Illinois 60601
Telephone: (312) 876-7100
Email: barry.chatz@saul.com
david.golin@saul.com

*Proposed Counsel for Debtors and Debtors in Possession*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Hawthorne Race Course, Inc., (2284); Carey Heirs Properties, LLC, (2654); Suburban Downs, Inc., (2457); and Post Time Catering, Inc., (3590). The Debtors' mailing address is 3501 S. Laramie Ave, Stickney, IL 60804.

57384446.1