**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |
|---|---|
| In re: | ) <br> ) Chapter 11 <br> ) |
| Hawthorne Race Course, Inc., *et al.*,[1] | ) Case No. 26-03505 <br> ) |
|  | ) Hon. Timothy A. Barnes |
| Debtors. | ) <br> ) Jointly Administered |

**DEBTORS' APPLICATION TO SET HEARING ON EMERGENCY MOTION FOR ORDER EXTENDING TIME FOR DEBTORS TO FILE SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS**

The above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**"), by and through their proposed undersigned attorneys, hereby submit this application (the "**Application**") to set a hearing for expedited consideration of the Debtors' motion pursuant to section 521(a) of title 11 of the United States Code, 11 U.S.C. § 101 *et seq*. (the "**Bankruptcy Code**"), and Rules 1007 and 9006 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), extending the time for the Debtors to file their schedules and statement of financial affairs (collectively, the "**Schedules and Statements**"), as required by Federal Rule 1007(b), by thirty (30) days, from March 13, 2026, to April 13, 2026 (the "**Motion**"). In support of this Application, the Debtors state as follows:

**JURISDICTION AND VENUE**

1. The United States Bankruptcy Court for the Northern District of Illinois (the "**Court**") has jurisdiction to consider this Motion pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). Venue is proper before the Court

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Hawthorne Race Course, Inc., (2284); Carey Heirs Properties, LLC, (2654); Suburban Downs, Inc., (2457); and Post Time Catering, Inc., (3590). The Debtors' mailing address is 3501 S. Laramie Ave, Stickney, IL 60804.

57464488.3 03/11/2026

pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). The statutory predicate for the relief sought herein is Local Rule 9013-2.

## BACKGROUND

2. On February 27, 2026 (the "**Petition Date**"), the Debtors filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code. Since the Petition Date, the Debtors have remained in possession of their assets and have continued to operate their businesses under the jurisdiction of this court as debtors in possession in accordance with 11 U.S.C. §§ 1107 and 1108.

3. Neither a trustee nor a committee of unsecured creditors has been appointed in the Debtors' chapter 11 cases (the "**Chapter 11 Cases**").

4. The Debtors operate a horse racing and wagering business centered on live thoroughbred and standardbred racing in Illinois. The Debtors generate revenue through parimutuel wagering, a large network of off-track betting locations, and sports wagering operations. In 2019, the Debtors began developing Illinois' first Racino entertainment complex featuring both casino-style wagering and horseracing. A more fulsome description of the Debtors' background and operations is found in the *Declaration of Timothy S. Carey in Support of Chapter 11 Petitions and First Day Relief* (the "**First Day Declaration**") [D.I. 17], incorporated herein by reference.

5. The Debtors each operate distinct segments of the overall business, including racing, wagering, racetrack operations and maintenance, and offering food and beverages. Because of the variety of business operations undertaken by the Debtors, their creditor body, the nature of their contractual relationships, and their assets and liability are all extensive and complex.

6. Since the filing of these chapter 11 cases, the Debtors and their professionals have been engaged in hearings and negotiations relating to their ongoing financing needs and stabilizing

the business. The Debtors require the extension of time requested in the Motion to ensure the Schedules and Statements are in order.

## REQUESTED RELIEF

7. The Debtors request that the Court schedule the Motion for expedited consideration pursuant to Local Rule 9013-2.

8. The Debtors require emergency consideration of the Motion in order to establish an attainable timeline for the filing of the Schedules and Statements in these large and complex Chapter 11 Cases.

9. The Debtors submit that the Motion seeks uncontroversial relief and is unlikely to be contested by any party in interest.

10. The Debtors request that the Motion be set for a hearing as soon it may be heard by the Court.

**WHEREFORE**, the Debtors respectfully request that the Court set an expedited hearing on the Motion, and grant such other and further relief as the Court may deem just and proper.

Dated: March 11, 2026                    SAUL EWING LLP

By: */s/ Barry A. Chatz*
Barry A. Chatz (ARDC# 6196639)
David A. Golin (ARDC# 6180517)
161 North Clark Street, Suite 4200
Chicago, Illinois 60601
Telephone: (312) 876-7100
Email: barry.chatz@saul.com
           david.golin@saul.com

*Proposed Counsel for Debtors and Debtors in Possession*