UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | Case Number: 26-03505 |
| Hawthorne Race Course, Inc., et al., | ) | (Jointly Administered) |
| | ) | Chapter: 11 |
| | ) | Honorable Timothy A. Barnes |
| Debtor(s) | ) | |

**ORDER EXTENDING TIME FOR DEBTORS TO FILE
SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS**

    Upon consideration of the motion (the "Motion")2 of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order (this "Order"), extending the time for the Debtors to file their Schedules and Statements pursuant to section 521 of the Bankruptcy Code and Bankruptcy Rule 1007, all as more fully set forth in the Motion; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the Debtors' notice of the Motion and opportunity for hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion and the evidence in support thereof and having heard the statements in support of the relief requested in the Motion at a hearing before this Court ("Hearing"), if any; and this Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor,

    IT IS HEREBY ORDERED THAT:

    1. The Motion is Granted as set forth herein.

    2. The time allowed for the Debtors to file their Schedules and Statements as required by section 521 of the Bankruptcy Code, Bankruptcy Rule 1007 is hereby extended by an additional 30 days, for a total of 44 days from the Petition Date, through and including April 13, 2026.

    3. The entry of this Order shall be without prejudice to the Debtors' right to request further extensions of the time periods provided herein.

    4. This Court retains jurisdiction with respect to all matters arising from or related to the implementation and/or interpretation of this Order

                                                Enter:

Dated:                                                            United States Bankruptcy Judge

**Prepared by:**

Barry A. Chatz (6196639)
David A. Golin (ARD180517)
161 North Clark Street, Suite 4200
Chicago, Illinois 60601
Telephone: (312) 876-7100
Email: barry.chatz@saul.com
 david.golin@saul.com

Proposed Counsel for Debtors and Debtors in Possession