UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   26-03505 |
| Hawthorne Race Course, Inc. et al. | ) | |
| | ) | |
| | ) | Chapter:  11 |
| | ) | Honorable Timothy A. Barnes |
| | ) | |
| Debtor(s) | ) | |

**ORDER DENYING APPLICATION TO SET HEARING ON EMERGENCY MOTION**

The court having reviewed the Debtors' Application to Set Hearing on Emergency Motion for Order Extending Time for Debtors to File Schedules and Statement of Financial Affairs [Docket No. 93] (the "Application") and the motion attached thereto (the "Motion"),

IT IS HEREBY ORDERED:

The Application is DENIED for failure to establish emergency grounds under Local Rule 9013-2 (A).  The Motion may be heard on one of the court's regularly appointed chapters 7 and 11 motion calls on Tuesday, March 17, 2026, or Wednesday, March 18, 2026. Provided that the Motion is filed before the current deadline for filing schedules, March 13, 2026, the deadline will toll until such hearing and may be scheduled on normal notice..  If relief requested demands a longer notice period, an appropriate request to shorten notice may be made in the Motion.

Enter:

United States Bankruptcy Judge

Dated: March 11, 2026

**Prepared by:**