**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Hawthorne Race Course, Inc., *et al.*,[1] | ) Case No. 26-03505 |
| | ) |
| | ) Hon. Timothy A. Barnes |
| Debtors. | ) |
| | ) Jointly Administered |

**NOTICE OF WITHDRAWAL OF MOTION**

The above-captioned debtors and debtors in possession (collectively, the "Debtors"), by and through their undersigned attorneys, hereby withdraw the *Motion of Debtors in Possession to Modify DIP Financing Order* [Docket No. 358] filed in the above-captioned bankruptcy case.

Dated:   June 19, 2026

**SAUL EWING LLP**

By: */s/ Barry A. Chatz*
    Barry A. Chatz (6196639)
    David A. Golin (6180517)
    161 North Clark Street, Suite 4200
    Chicago, Illinois 60601
    Telephone: (312) 876-7100
    Email: barry.chatz@saul.com
           david.golin@saul.com

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Hawthorne Race Course, Inc., (2284); Carey Heirs Properties, LLC, (2654); Suburban Downs, Inc., (2457); and Post Time Catering, Inc., (3590). The Debtors' mailing address is 3501 S. Laramie Ave, Stickney, IL 60804.

58115533.1