# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| Hawthorne Race Course, Inc., *et al.*,[1] | ) Case No. 26-03505 |
|  | ) |
|  | ) Hon. Timothy A. Barnes |
| Debtors. | ) |
|  | ) Jointly Administered |

## AFFIDAVIT OF SERVICE

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on June 23, 2026, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following document to be served via the methods set forth on the Master Service List attached hereto as **Exhibit A**:

- **Notice of Motion and Supplemental Application of Debtors in Possession to Expand the Scope of Services of Carey White Boland Murnighan & Murray, LLC as Special Counsel for the Debtors [Docket No. 373]**

Dated: June 24, 2026

Randy Lowry
Omni Agent Solutions, Inc.
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California        }
{                           } ss.
{County of Los Angeles      }

Subscribed and sworn to (or affirmed) before me on this 24ᵗʰ day of June, 2026, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

```
ASHLEY STEFANOVIC
Notary Public - California
Los Angeles County
Commission # 2529269
My Comm. Expires Aug 7, 2029
```

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Hawthorne Race Course, Inc., (2284); Carey Heirs Properties, LLC, (2654); Suburban Downs, Inc., (2457); and Post Time Catering, Inc., (3590). The Debtors' mailing address is 3501 S. Laramie Ave, Stickney, IL 60804.

# **EXHIBIT A**

**Exhibit A**

Master Service List

| Description | Creditor | Address | Email | Method of Service |
|---|---|---|---|---|
| *NOA - Counsel for BMW Financial Services NA, LLC Department | AIS Portfolio Services, LLC | Attn: BMW Financial Services NA, LLC Dept Account: XXXXX9576 4515 N Santa Fe Ave, Dept APS Oklahoma City, OK 73118 | ECFNotices@aisinfo.com | Email |
| Secured Creditors | Aria Group Architects, Inc | 830 North Blvd Oak Park, IL 60301 | chamer@ariainc.com | Email |
| 30 Largest | Aria Group Architects, Inc | 830 North Blvd Oak Park, IL 60301 | | First Class Mail |
| *NOA - Counsel for United Food and Commercial Workers Local 1546 Health & Welfare Fund | Asher, Gittler & D'Alba, Ltd | Attn: Je Hong Park 200 W Jackson Blvd Ste 720 Chicago, IL 60606 | jp@ulaw.com | Email |
| Attorney General | Attorney General For Illinois | Office Of The Attorney General Attn: Doug Rees, Deputy Attorney General 115 S LaSalle St Chicago, IL 60603 | Richard.rees@ilag.gov; rrees@atg.state.il.us | Email |
| Secured Creditors | Bank of America | P.O. Box 851001 Dallas, TX 75285-1001 | | First Class Mail |
| *NOA - Counsel for Unite Here Health | Baum Sigman Auerbach & Neuman, Ltd. | Attn: Laura M Finnegan 200 W Adams St, Ste 1825 Chicago, IL 60606-5250 | lmfinnegan@baumsigman.com | Email |
| Secured Creditors | Bmw Financial Services | P.O. Box 9001065 Louisville, KY 40290-1065 | | First Class Mail |
| Secured Creditors | Bmw Financial Services | P.O. Box 78103 Phoenix, AZ 85062-8103 | | First Class Mail |
| Counsel for Tim Carey | Burke, Warren, Mackay & Serritella, PC | Attn: Joseph D Frank 330 M Wabash Ave, Ste 2100 Chicago, IL 60611-3607 | jfrank@burkelaw.com | Email |
| 30 Largest | Caesar's | 4811 Versailles Rd Lexington, KY 40510 | JMorris1@caesars.com; tlambert@caesars.com | Email |
| 30 Largest | Carey White Boland Murnighan & Murray, LLC | 33 W Jackson Blvd, 5th Fl Chicago, IL 60604 | kmurnighan@careywhitelaw.com | Email |
| *NOA - Debtors Counsel | Carey White Boland Murnighan & Murray, LLC | Attn: Michael J Murray 33 W Jackson Blvd, Ste 500 Chicago, IL 60604 | mmurray@careywhitelaw.com | Email |
| 30 Largest | CDI, Inc | 600 Hurstbourne Pkwy, Ste 400 Louisville, KY 40222 | Jessica.Bullock@unitedtote.com | Email |
| Counsel for Landlord | Chicago Title Land Trust Co | C/o Krieg Devault LLP Attn: Richard C Perna 200 S Wacker Dr, Ste 600 Chicago, IL 60606 | rperna@kdlegal.com | Email |
| *NOA - Counsel for Aria Group Architects, Inc | Chitkowski Law Offices | Attn: Jason Martin Loebach/John J Chitkowski 901 Warrenville Rd, Ste 103 Lisle, IL 60532 | jml@chitkowskilaw.com; jjc@chitkowskilaw.com | Email |
| Litigation - Liens / Judgements | Churchill Downs Inc | 600 N Hurstbourne Pkwy, Ste 400 Louisville, KY 40222 | Jessica.Bullock@unitedtote.com | Email |
| *NOA - Counsel for Illinois Thoroughbred Horsemen's Association | Clark Hill PLC | Attn: Kevin H Morse/Kenny Chiaghana 130 E Randolph St, Ste 3900 Chicago, Il 60601 | kmorse@clarkhill.com | Email |
| Counsel for Horsemen | Clark Hill PLC | Attn: Kevin H Morse 130 E Randolph St, Ste 3900 Chicago, IL 60601 | kmorse@clarkhill.com | Email |
| *NOA - Counsel for Teamsters Local Union No. 727 Health and Welfare Fund, Pension Fund and Legal and Educational Assistance Fund | Clingen Callow & McLean, LLC | Attn: John A Lipinsky 2300 Cabot Dr, Ste 500 Lisle, IL 60532 | lipinsky@ccmlawyer.com | Email |
| *NOA - Counsel for City of Oakbrook Terrace | Cohon Raizes & Regal LLP | Attn:  Amy E Daleo 300 S Wacker Dr, Ste 500 Chicago, IL 60606 | adaleo@cohonraizes.com | Email |
| 30 Largest | Constellation New Energy, Inc | P.O. Box 4640 Carol Stream, IL 60197 | Clayton.Picken@constellation.com | Email |
| Taxing Authorities | Cook County Treasurer | P.O. Box 4468 Carol Stream, IL 60197-4468 | | First Class Mail |
| Taxing Authorities | Cook County Treasurer | P.O. Box 805438 Chicago, IL 60680-4116 | | First Class Mail |
| Taxing Authorities | Cook County Treasurer | P.O. Box 805436 Chicago, IL 60680-4155 | | First Class Mail |
| 30 Largest | Croke Fairchild Duarte & Beres LLC | Attn: Gerard D Kelly 180 N LaSalle St, Ste 3400 Chicago, IL 60601 | sklapman@afmlegalpc.com; gkelly@crokefairchild.com | Email |
| *NOA - Counsel for Teamsters Local Union No. 727 Health and Welfare Fund, Pension Fund and Legal and Educational Assistance Fund | CTM Legal Group | Attn: William M Tasch 77 W Washington St, Ste 2120 Chicago, IL 60602 | william.tasch@ctmlegalgroup.com | Email |
| *NOA - Counsel for Village of Stickney and Town of Cicero | Del Galdo Law Group, LLC | Attn: Joseph Goldshlack 1441 S Harlem Ave Berwyn, IL 60402 | goldshlack@dlglawgroup.com | Email |
| 30 Largest | Del Mar Thoroughbred Club | 2260 Jimmy Durante Blvd Del Mar, CA 92014-0700 | berni@dmtc.com; chrisj@dmtc.com | Email |
| *NOA - Counsel for Gurtz Electric Co | Duane Morris LLP | Attn: Keith M St Aubin/Jeffrey L Hamera 190 S LaSalle St, Ste 3700 Chicago, IL 60603 | kstaubin@duanemorris.com; jlhamera@duanemorris.com | Email |
| Noteholders | Fanatics Holdings, Inc | 8100 Nations Way Jacksonville, FL 32256 | | First Class Mail |
| 30 Largest | Fanatics, LLC | 8100 Nations Way Jacksonville, FL 32256 | andrea.ellis@betfanatics.com | Email |

**Exhibit A**

Master Service List

| Description | Creditor | Address | Email | Method of Service |
|---|---|---|---|---|
| Noteholders | Fanatics, LLC | 8100 Nations Way<br>Jacksonville, FL 32256 | | First Class Mail |
| *NOA - Counsel for Derby DIP LLC as designee for JDI Loans LLC | Fox Rothschild LLP | Attn: Gordon E Gouveia<br>321 N Clark St Ste 1600<br>Chicago, IL 60654 | ggouveia@foxrothschild.com | Email |
| *NOA - Counsel for Illinois Harness Horsemen's Association | Fox Rothschild LLP | Attn: Joseph E Collins<br>321 N Clark St, Ste 1600<br>Chicago, IL 60654 | jcollins@foxrothschild.com | Email |
| Counsel for Horsemen | Fox Rothschild LLP | Attn: William Bogot<br>321 N Clark St, Ste 1600<br>Chicago, IL 60654 | wbogot@foxrothschild.com | Email |
| 30 Largest | Horseracing Integrity | 401 W Main St, Ste 222<br>Lexington, KY 40507 | jim.gates@hisaus.org | Email |
| *NOA - Counsel for Official Committee of Unsecured Creditors | Husch Blackwell LLP | Attn: Michael A Brandess<br>120 S Riverside Plz, Ste 2200<br>Chicago, IL 60606 | michael.brandess@huschblackwell.com | Email |
| *NOA - Counsel for the Official Committee of Unsecured Creditors | Husch Blackwell LLP | Attn: Thomas Joseph Zavala<br>1900 N Pearl St, Ste 1800<br>Dallas, TX 75201 | tom.zavala@huschblackwell.com | Email |
| *NOA - Counsel for Churchill Downs Incorporated, Inc | Ice Miller LLP | Attn: Michael Ott<br>200 W Madison St Ste 3500<br>Chicago, IL 60606 | michael.ott@icemiller.com | Email |
| Taxing Authorities | IL Dept of Revenue | Attn: Bankruptcy Unit<br>P.O. Box 19035<br>Springfield, IL 62794-903 | | First Class Mail |
| Governmental Agencies | Illinois Gaming Board | Attn: Revenue Accounting<br>801 S 7th St, Ste 400 S<br>Springfield, IL 62703 | daniel.gerber@illinois.gov | Email |
| Governmental Agencies | Illinois Gaming Board ("IGB") | 160 N LaSalle St, Ste 300<br>Chicago, IL 60601-3115 | daniel.gerber@illinois.gov | Email |
| Governmental Agencies | Illinois Harness Horseman's Association | 15 Spinning Wheel Rd<br>Hinsdale, IL 60521 | | First Class Mail |
| Governmental Agencies | Illinois Racing Board ("IRB") | 555 W Monroe St, Ste 1700S<br>Chicago, IL 60661 | | First Class Mail |
| *Official Unsecured Creditors' Committee | Illinois Thoroughbred Horsemen's Association | Attn: David McCaffrey<br>7301 W 25th St, Ste 321<br>North Riverside, IL 60546 | davidmc@itharacing.com | Email |
| Governmental Agencies | Illinois Thoroughbred Horsman's Association | 7301 W 25th St, Ste 321<br>N Riverside, IL 60546 | | First Class Mail |
| IRS | Internal Revenue Service | Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | | First Class Mail |
| IRS | Internal Revenue Service | Attn: Centralized Insolvency Operation<br>2970 Market St<br>Mail Stop 5-Q30.133<br>Philadelphia, PA 19104-5016 | | First Class Mail |
| *NOA - Counsel for PENN Entertainment, Inc | Jackson Walker LLP | Attn: Jennifer F Wertz/Beau H Butler<br>100 Congress, Ste 1100<br>Austin, TX 78701 | jwertz@jw.com;<br>bbutler@jw.com | Email |
| *NOA - Counsel for United Food and Commercial Workers Union, Local 1546 | Jacobs, Burns, Orlove & Hernandez LLP | Attn: Thomas J Angell<br>1 N La Salle St, Ste 1620<br>Chicago, IL 60602 | tangell@jbosh.com | Email |
| *NOA - Counsel for Chicagoland Race Meet Operators and Local Union 134 I.B.E.W. Joint Pension Trust | Johnson & Krol, LLC | Attn: Jeffrey A Krol<br>141 W Jackson Blvd, Ste 2055<br>Chicago, IL 60604 | jeffkrol@johnsonkrol.com | Email |
| *NOA - Counsel for Joliet Jefferson, LLC | Johnson Legal Group LLC | Attn: Carleen L Cignetto<br>53 W Jackson Blvd Ste 1334<br>Chicago IL 60604 | ccignetto@jnlegal.net | Email |
| *NOA - Counsel for Chicago Title Land Trust Company, as Successor Trustee, under the terms of a certain trust agreement dated July 19, 1972, and known as trust Number 60290, c/o Stanley Singer Real Estate Company Inc | Krieg DeVault LLP | Attn: Richard C Perna/David R Buetow<br>200 S Wacker Dr, Ste 600<br>Chicago, IL 60606 | rperna@kdlegal.com;<br>dbuetow@kdlegal.com | Email |
| Secured Creditor | Latto Capital LLC | 427 N Euclid Ave<br>Oak Park, IL 60302 | | First Class Mail |
| 30 Largest | Laurel | P.O. Box 130<br>Laurel, MD 20725 | Norma.Couthen@marylandracing.com | Email |
| *NOA - Counsel for Latto Capital LLC | Law Offices of Joel A Schechter | Attn: Joel A Schechter<br>53 W Jackson Blvd, Ste 860<br>Chicago, IL 60604 | joel@jasbklaw.com | Email |
| Secured Creditor | Marital Trust of Robert F Carey Jr | 9261 S Bell Ave<br>Chicago, IL 60643 | megcarey@sbcglobal.net | Email |
| *NOA - Counsel for AmTrust North America, Inc. on behalf of Technology Insurance Company, Inc | Maurice Wutscher LLP | Attn: Alan C Hochheiser<br>23611 Chagrin Blvd, Ste 207<br>Beachwood, OH 44122 | ahochheiser@mauricewutscher.com | Email |
| 30 Largest | Meadowlands | 50 State Rte 120<br>E Rutherford, NJ 07073 | Dstewart@playmeadowlands.com | Email |
| *Official Unsecured Creditors' Committee | Meadowlands Racing & Entertainment | Attn: Alex Figueras<br>1 Racetrack Dr<br>East Rutherford, NJ 07073 | afigueras@playmeadowlands.com | Email |
| 30 Largest | Monarch Content Management | 285 W Himting Dr<br>Arcadia, CA 91007 | David.Peterson@monarchmgmt.com | Email |
| 30 Largest | NYRA | P.O. Box 95000-3820<br>Philadelphia, PA 19195-0001 | Pmiller@nyrainc.com | Email |

**Exhibit A**

Master Service List

| Description | Creditor | Address | Email | Method of Service |
|---|---|---|---|---|
| *NOA - Counsel for O'Rourke & Moody, LLP | O'Rourke & Moody LLP | Attn: Michael C Moody<br>10 S LaSalle St, Ste 2510<br>Chicago, IL 60603 | mmoody@orourkellp.com;<br>firm@orourkellp.com | Email |
| Attorney General for Illinois | Office of the Attorney General | 601 S University Ave<br>Carbondale, IL 62901 | | First Class Mail |
| Attorney General for Illinois | Office of the Attorney General | 500 S 2nd St<br>Springfield, IL 62701 | | First Class Mail |
| Attorney General for Illinois | Office of the Attorney General | Attn: Kwame Raoul<br>115 S LaSalle St<br>Chicago, IL 60603 | | First Class Mail |
| Governmental Authorities | Office of the Attorney General | 1745 Innovation Dr, Stes C & D<br>Carbondale, IL 62903 | | First Class Mail |
| *NOA - Counsel for Illinois Racing Board | Office of the Illinois Attorney General | Attn: John P Reding<br>115 S LaSalle St<br>Chicago, IL 60601 | john.reding@ilag.gov | Email |
| US Trustee | Office of the US Trustee | for Region 11 in the Northern Dist of IL<br>Attn: Jeff Gansberg, Josh Greene, Adam Brief<br>219 S Dearborn St, Rm 873<br>Chicago, IL 60604 | Jeffrey.L.Gansberg@usdoj.gov;<br>Joshua.D.Greene@usdoj.gov;<br>Adam.Brief@usdoj.gov | Email |
| 30 Largest | PARX | P.O. Box 1000<br>Bensalem, PA 19020-2096 | Plarkin@parxcasino.com | Email |
| 30 Largest | Penn National | Box 32<br>Grantville, PA 17028 | Chris McErlean@pngaming.com | Email |
| *NOA - Counsel for Catherine Barry Stack | Rieck and Crotty, PC | Attn: Jerome F Crotty<br>161 N Clark St, Ste 2500<br>Chicago, IL 60601 | jcrotty@rieckcrotty.com | Email |
| *NOA - Counsel for Milburn, LLC | Robbins DiMonte | Attn: Carolina Y Sales/Riccardo A DiMonte<br>216 W Higgins Rd<br>Park Ridge, IL 60068 | csales@robbinsdimonte.com;<br>rdimonte@robbinsdimonte.com | Email |
| 30 Largest | Roberts Communications Network, LLC | 4075 Volunteer Blvd<br>Henderson, NV 89044-1845 | dnishioka@rcnmail.com | Email |
| Debtors' counsel | Saul Ewing LLP | 161 N Clark St, Ste 4200<br>Chicago, IL 60601 | barry.chatz@saul.com;<br>david.golin@saul.com;<br>mariam.khoudari@saul.com;<br>turner.falk@saul.com;<br>george.apostolides@saul.com;<br>nicholas.smargiassi@saul.com | Email |
| *NOA - Debtors Counsel | Saul Ewing LLP | Attn: George P Apostolides/David A Golin<br>161 N Clark St, Ste 4200<br>Chicago, IL 60601 | george.apostolides@saul.com;<br>david.golin@saul.com | Email |
| Secured Creditor | Signature Bancorp, Inc | 9450 W Bryn Mawr Ave, Ste 300<br>Rosemont, IL 60018 | | First Class Mail |
| *NOA - Counse for MGM Resorts International, Inc | Stinson LLP | Attn: Benjamin J Court<br>50 S 6th St, Ste 2600<br>Minneapolis, MN 55402 | benjamin.court@stinson.com | Email |
| 30 Largest | Tampa Bay Downs | 11225 Race Track Rd<br>Tampa, FL 33626 | GAGelyon@tampabaydowns.com | Email |
| *Official Unsecured Creditors' Committee | Tampa Bay Downs, Inc | Attn: Gregory Gelyon<br>11225 Race Track Rd<br>Tampa, FL 33626 | gagelyon@tampabaydowns.com | Email |
| *Official Unsecured Creditors' Committee | The New York Racing Association, Inc | Attn: Jack Jeziorski<br>110-00 Rockaway Blvd<br>Jamaica, NY 11417 | jjeziorski@nyrainc.com | Email |
| *NOA - Counsel for W.E. O'Neil Construction Company | Troutman Pepper Locke LLP | Attn: Jonathan E Aberman/Mark A Silverman<br>Attn: Michael B Kind<br>111 S Wacker Dr, Ste 4100<br>Chicago, IL 60606 | jon.aberman@troutman.com;<br>mark.silverman@troutman.com;<br>michael.kind@troutman.com | Email |
| *NOA - Counsel for Roberts Communications Network, LLC | Tucker Ellis LLP | Attn: Thomas R Fawkes<br>233 S Wacker Dr, Ste 6950<br>Chicago, IL 60606 | thomas.fawkes@tuckerellis.com | Email |
| US Attorney for the Southern Dist of Illinois | US Attorney for the Southern Dist of IL | Eastern Division (Chicago)<br>219 S Dearborn St, Ste 500<br>Chicago, IL 60604 | | First Class Mail |
| US Attorney General | US Attorney General | 950 Pennsylvania Ave<br>Washington, DC 20530 | | First Class Mail |
| Secured Creditors | US Bank Equipment Finance | P.O. Box 790448<br>St Louis, MO 63179-0448 | | First Class Mail |
| *NOA - Counsel for Signature Bank | Vedder Price PC | Attn: Brooke H Blackwell/Michael M Eidelman<br>Attn: William W Thorsness<br>222 N LaSalle St, Ste 2600<br>Chicago, IL 60601 | bblackwell@vedder.com;<br>meidelman@vedder.com;<br>wthorsness@vedder.com | Email |
| Secured Creditors | Vedder Price PC | Attn: Michael Eidelman, Charles W Murphy<br>222 N LaSalle St, Ste 2500<br>Chicago, IL 60601 | meidelman@vedder.com;<br>cmurphy@vedder.com | Email |
| 30 Largest | Waste Management | P.O. Box 4648<br>Carol Stream, IL 60197-4648 | ESamuels@wm.com | Email |
| 30 Largest | WE O'Neil Construction Co | 1245 W Washington Blvd<br>Chicago, IL 60607 | deallonardo@weoneil.com | Email |
| Litigation | WE O'Neil Construction Co | 1245 W Washington Blvd<br>Chicago, IL 60607 | | First Class Mail |
| *NOA - Counsel for Saratoga Casino Racing, Inc | Whiteman Osterman & Hanna LLP | Attn: Francis J Brennan/Kerri A Mautlis<br>80 State St, 11th Fl<br>Albany, NY 12207 | fbrennan@woh.com;<br>kmatulis@woh.com | Email |
| *NOA - Counsel for Los Alamitos Quarter Horse Racing Association | Wolin Law Group LLC | Attn: Jason L Wolin<br>100 N LaSalle St, Ste 800<br>Chicago, IL 60602 | jwolin@wolinlawgroup.com | Email |

**Exhibit A**

**Master Service List**

| Description | Creditor | Address | Email | Method of Service |
|---|---|---|---|---|
| *Official Unsecured Creditors' Committee | Woodbine Entertainment | Attn: Greg Martin<br>555 Rexdale Blvd<br>Toronto, Ontario M9W 5L2 | gtm@woodbine.com | Email |
| 30 Largest | Woodbine Thoroughbred | P.O. Box 156<br>555 Rexdale Blvd<br>Etobicoke, ON M9W 5L2<br>Canada | nradhakrishnan@woodbine .com | Email |

Hawthorne Race Course, Inc., et al. (Case No. 26-03505)