**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Hawthorne Race Course, Inc., *et al.*,[1] | ) | Case No. 26-03505 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | Hon. Timothy A. Barnes |

**ORDER RESCHEDULING SALE HEARING AND**
**MODIFYING RELATED BID PROCEDURE DATES**

This matter coming on to be heard in Court on June 29, 2026; the Court having previously entered an Order: (I) Approving Bid Procedures in Connection with the Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims and Encumbrances; (II) Scheduling a Sale Hearing and, if Necessary, an Auction; and (III) Granting Related Relief (the "Bid Procedures Order"); the Bid Procedures Order providing in paragraph 4 as follows:

The dates and deadlines below are approved but may also be modified by the Debtors to the extent permitted under the Bid Procedures.

| Date | Milestone |
|---|---|
| June 26, 2026 | Bid Deadline |
| June 29, 2026 | Qualified Bid Designation Deadline |
| June 30, 2026 | Notice to Qualified Bidders |
| July 7, 2026 | Auction (if necessary) |
| July 8, 2026 | Deadline to file notice of Auction results |
| July 10, 2026 @ 5:00 p.m. | Sale objection deadline |
| July 13, 2026 @ 10:00 a.m. | Sale Hearing |

the Debtors having advised the Court of the need to extend the Bid Deadline and reschedule the Auction and Sale Hearing; and the Court finding for the reasons stated on the record that good cause exists to extend and reschedule such dates;

IT IS HEREBY ORDERED that:

1.      Paragraph 4 of the Bid Procedures Order is replaced with the following:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Hawthorne Race Course, Inc., (2284); Carey Heirs Properties, LLC, (2654); Suburban Downs, Inc., (2457); and Post Time Catering, Inc., (3590). The Debtors' mailing address is 3501 S. Laramie Ave, Stickney, IL 60804.

58159780.1

The dates and deadlines below are approved but may also be modified by the Debtors to the extent permitted under the Bid Procedures.

| Date | Milestone |
|---|---|
| July 10, 2026 | Bid Deadline |
| July 12, 2026 | Qualified Bid Designation Deadline |
| July 13, 2026 | Notice to Qualified Bidders |
| July 14, 2026 | Auction (if necessary) |
| July 15, 2026 | Deadline to file notice of Auction Results |
| July 17, 2026 @ 5:00 p.m. | Sale objection deadline |
| July 20, 2026 @ 10:00 a.m. | Sale Hearing |

2.      Paragraph 5 of the Bid Procedures Order is modified by replacing "July 13" with "July 20".

3.      Paragraph 13 of the Bid Procedures Order is modified by replacing "June 26" with "July 10".

4.      Paragraph 20 of the Bid Procedures Order is modified by replacing "July 7" with "July 14".

ENTER:

_____
United States Bankruptcy Judge

Dated: July 1, 2026

Prepared by:

Barry A. Chatz (ARDC# 6196639)
David A. Golin (ARDC# 6180517)
161 North Clark Street, Suite 4200
Chicago, Illinois 60601
(312) 876-7100
Barry.Chatz@saul.com
David.Golin@saul.com
*Counsel for the Debtors and Debtors in Possession*

58159780.1