UNITED STATES BANKRUPTCY COURT
Northern District of Illinois Eastern Division

| | |
|---|---|
| **IN RE:**<br><br>**HAWTHORNE RACE COURSE, INC., et al.,**[1]<br><br>**DEBTORS.** | **CHAPTER 11**<br><br>**CASE NO. 26-3505**<br><br>**JOINTLY ADMINISTERED** |

## PROOF OF SERVICE

I, Tinamarie Feil, state as follows:

I am over the age of 18 and not a party to the above-captioned case. I am employed by BMC Group, Inc., an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Rules 9001(b)(9) and 2002(g)(4) of the Federal Rules of Bankruptcy Procedure.

I declare that on 08/26/2026, as directed by Office of the United States Trustee, true and correct copy(s) of the following document(s) were served on each entity shown on the attached exhibit(s) at the address shown and by the method shown. Such service was performed under my direct supervision, by employees of BMC Group, Inc.

---

Notice of Motion and U S Trustee's Motion to Convert or Dismiss a Chapter 11 case Filed by Adam G. Brief Hearing scheduled for 9/23/2026 at 09:00 AM at Appear In Courtroom 744, 219 S. Dearborn St, Chicago, IL 60604 or Using Zoom- Judge Barnes. (Attachments: # 1 Exhibit A # 2 Proposed Order # 3 Proposed Order) (Greene, Joshua) (Entered: 08/26/2026)

---

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.
08/26/2026

Tinamarie Feil

Tinamarie Feil
BMC Group, Inc.
Approved Bankruptcy Notice Provider
info@bmcgroup.com;
888.909.0100

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Hawthorne Race Course, Inc. (2284); Carey Heirs Properties, LLC, (2654); Suburban Downs, Inc., (2457); and Post Time Catering, Inc., (3590). The Debtors' mailing address is 3501 S. Laramie Ave., Stickney, IL 60804.

**Exhibit A - Certificate of Service**
**Hawthorne Race Course, Inc. 26-03505**

| List ID | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 31866 | Getzler Henrich & Associates LLC | **None** |
| 31866 | Adam G. Brief , Office of the U. S. Trustee, Region 11, 219 South Dearborn, Room 873, Chicago, IL, 60604-2027 | **First Class** |
| 31866 | ALLIMAC 2023, LLC | **None** |
| 31866 | ALLIMAC 2023, LLC | **None** |
| 31866 | AmTrust North America, Inc. on behalf of , Technology Insurance Company, Inc., c/o Maurice Wutscher LLP, 23611 Chagrin Blvd Suite 207, Beachwood, OH, 44122-5540 | **First Class** |
| 31866 | Aria Group Architects, Inc , 830 North Blvd, Oak Park, IL, 60301-1354 | **First Class** |
| 31866 | Aria Group Architects, Inc. , 830 North Blvd, Oak Park, IL, 60301-1354 | **First Class** |
| 31866 | AT & T Enterprise aka AT&T , by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK, 73118-7901 | **First Class** |
| 31866 | AT & T Mobility , by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK, 73118-7901 | **First Class** |
| 31866 | Barry A Chatz , Saul Ewing LLP, 161 N. Clark Street, Suite 4200, Chicago, IL, 60601-3316 | **First Class** |
| 31866 | BMW Financial Services NA, LLC , AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK, 73118-7901 | **First Class** |
| 31866 | BMW Financial Services NA, LLC c/o AIS Portf, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK, 73118-7901 | **First Class** |
| 31866 | BMW Financial Services NA, LLC, c/o AIS Port, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK, 73118-7901 | **First Class** |
| 31866 | Boyd Racing, LLC , d/b/a Delta Downs Racetrack, Attn: Steve Kuypers, 2717 Delta Downs Drive, Vinton, LA, 70668-6025 | **First Class** |
| 31866 | Caesar's , 4811 Versailles Rd, Lexington, KY, 40510-9744 | **First Class** |
| 31866 | Carey White Boland Murnighan & Murray, LLC , 33 W Jackson Blvd, 5th Fl, Chicago, IL, 60604-4149 | **First Class** |
| 31866 | Carey White Boland Murnighan & Murray, LLC , 33 W Jackson Blvd, 5th Fl, Chicago, IL, 60604-4149 | **First Class** |
| 31866 | Catherine Barry Stack , 161 N. Clark St., Ste. 2500, Chicago | **None** |
| 31866 | CDI, Inc , 600 Hurstbourne Pkwy, Ste 400, Louisville, KY, 40222-5389 | **First Class** |
| 31866 | Chicago Title Land Trust Company, as success | **None** |
| 31866 | Chicagoland Race Meet Operators and Local 13 | **None** |
| 31866 | Christine Tuma | **None** |
| 31866 | Churchill Downs Incorporated, Inc. | **None** |
| 31866 | City of Oakbrook Terrace | **None** |
| 31866 | Constellation New Energy, Inc , P.O. Box 4640, Carol Stream, IL, 60197-4640 | **First Class** |
| 31866 | Croke Fairchild Duarte & Beres LLC , 180 N LaSalle St, Ste 3400, Chicago, IL, 60601-2807 | **First Class** |
| 31866 | Croke Fairchild Duarte & Beres LLC , 180 N LaSalle St, Ste 3400, Chicago, IL, 60601-2807 | **First Class** |
| 31866 | David A. Golin , Saul Ewing LLP, 161 N. Clark Street, Suite 4200, Chicago, IL, 60601-3316 | **First Class** |
| 31866 | Del Mar Thoroughbred Club , 2260 Jimmy Durante Blvd, Del Mar, CA, 92014-2216 | **First Class** |
| 31866 | Delaware Racing Association d/b/a Delaware P | **None** |
| 31866 | Department of the Treasury , Internal Revenue Service, P.O. Box 7346, Philadelphia, PA, 19101-7346 | **First Class** |
| 31866 | Derby DIP LLC as designee for JDI Loans LLC | **None** |
| 31866 | Fanatics, LLC , 8100 Nations Way, Jacksonville, FL, 32256-4405 | **First Class** |
| 31866 | George P Apostolides , Saul Ewing LLP, 161 N. Clark Street, Suite 4200, Chicago, IL, 60601-3316 | **First Class** |
| 31866 | Gurtz Electric Co. | **None** |
| 31866 | Hawthorne Race Course, Inc. , 3501 S. Laramie Avenue, Stickney, IL, 60804-4598 | **First Class** |
| 31866 | Hilco Real Estate, LLC | **None** |
| 31866 | Horseracing Integrity , 401 W Main St, Ste 222, Lexington, KY, 40507-1630 | **First Class** |
| 31866 | Illinois Harness Horsemen's Association | **None** |
| 31866 | Illinois Racing Board , 115 South LaSalle Street, Attn: AG Revenue Litigation Bureau, Chicago, IL, 60603-3801 | **First Class** |
| 31866 | Illinois Thoroughbred Horsemen's Associ | **None** |
| 31866 | Internal Revenue Service , Mail Stop 5014CHI, 230 South Dearborn Street Room 2600, Chicago, IL, 60604-1705 | **First Class** |
| 31866 | Internal Revenue Service , P.O. Box 7346, Philadelphia, PA, 19101-7346 | **First Class** |
| 31866 | International Sound Corporation | **None** |
| 31866 | Joliet Jefferson LLC , 2525 Camino Del Rio South, Suite 170, San Diego, CA, 92108-3718 | **First Class** |
| 31866 | Joliet Jefferson LLC , 2525 Camino Del Rio South, Suite 170, San Diego, CA, 92108-3718 | **First Class** |
| 31866 | Latto Capital LLC | **None** |
| 31866 | Laurel , P.O. Box 130, Laurel, MD, 20725-0130 | **First Class** |
| 31866 | Los Alamitos Quarter Horse Racing Associatio | **None** |
| 31866 | Mail Stop 5014CHI , 230 S. Dearborn Street, Room 2600, Chicago, IL, 60604 | **First Class** |
| 31866 | Meadowlands , 50 State Rte 120, E Rutherford, NJ, 07073-2131 | **First Class** |
| 31866 | MGM Resorts International, Inc. , c/o Stinson LLP/Aalok Sharma, 50 South Sixth Street, Suite 2600, Minneapolis, MN, 55402-2241 | **First Class** |

| List ID | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 31866 | MGM Resorts International, Inc. | **None** |
| 31866 | Milburn, LLC | **None** |
| 31866 | Monarch Content Management , 285 W Himting Dr, Arcadia, CA, 91007 | **First Class** |
| 31866 | NYRA , 15 P.O. Box 95000-3820, Philadelphia, PA, 19195-0001 | **First Class** |
| 31866 | O'Rourke & Moody LLP , 10 S. LaSalle Street, Suite 2510, Chicago, IL, 60603-1063 | **First Class** |
| 31866 | O'Rourke & Moody LLP , 10 S. LaSalle Street, Suite 2510, Chicago, IL, 60603-1063 | **First Class** |
| 31866 | Official Committee of Unsecured Creditors of | **None** |
| 31866 | Omni Agent Solutions, Inc. , 5955 De Soto Ave, Ste 100, Woodland Hills, CA, 91367-5100 | **First Class** |
| 31866 | Omni Agent Solutions, Inc. , 5955 De Soto Ave, Ste 100, Woodland Hills, CA, 91367-5100 | **First Class** |
| 31866 | PARX , P.O.Box 1000, Bensalem, PA, 19020-5000 | **First Class** |
| 31866 | PENN Entertainment, Inc. , c/o Jennifer F. Wertz, Jackson Walker LLP, 100 Congress Avenue, Suite 1100, Austin, TX, 78701-4042 | **First Class** |
| 31866 | PENN Entertainment, Inc. , c/o Jennifer F. Wertz, Jackson Walker LLP, 100 Congress, Suite 100, Austin, TX, 78701-2771 | **First Class** |
| 31866 | Penn National , Box 32, Grantville, PA I, 17028-0032 | **First Class** |
| 31866 | PNK(Ohio), LLC , d/b/a Belterra Park, Attn: Chris Corrado, 6301 Kellogg Road, Cincinnati, OH, 45230-5237 | **First Class** |
| 31866 | Province, LLC | **None** |
| 31866 | Racetrack OP CO d/b/a Parx Racing | **None** |
| 31866 | Roberts Communications Network, LLC , 233 S. Wacker Drive, Suite 6950, Chicago, IL, 60606-6395 | **First Class** |
| 31866 | Roberts Communications Network, LLC 4075 Vol, Henderson, NV, 89044-1845 | **First Class** |
| 31866 | RubinBrown, LLP | **None** |
| 31866 | Saratoga Casino Racing, Inc. , c/o Whiteman Osterman & Hanna LPLP, 80 State Street, 11th Floor, Albany, NY, 12207-5015 | **First Class** |
| 31866 | Saratoga Casino Racing, Inc. , c/o Whiteman Osterman & Hanna LLP, 80 State Street, 11th Floor, Albany, NY, 12207-5015 | **First Class** |
| 31866 | Saratoga Casino Racing, Inc. , c/o Whiteman Osterman & Hanna LLP, 80 State Street, 11th Floor, Albany, NY, 12207-5015 | **First Class** |
| 31866 | Saul Ewing LLP | **None** |
| 31866 | Signature Bank | **None** |
| 31866 | Tampa Bay Downs , 11225 Race Track Rd, Tampa, FL, 33626-3122 | **First Class** |
| 31866 | Tampa Bay Downs, Inc. , 11225 Race Track Rd, Tampa, FL, 33626-3122 | **First Class** |
| 31866 | Teamsters Local Union No. 727 Health and Wel | **None** |
| 31866 | Teamsters Local Union No. 727 Legal and Educ | **None** |
| 31866 | Teamsters Local Union No. 727 Pension Fund | **None** |
| 31866 | The Official Committee of Unsecured Creditor, c/o Thomas Joseph Zavala, Husch Blackwell LLP, 1900 N. Pearl Street, Suite 1800, Dallas, 75201-2467 | **First Class** |
| 31866 | The Old Evangeline Downs, L.L.C. , d/b/a Evangeline Downs Racetrack & Casin, Attn: Carol Core, 2235 Creswell Lane Extension, Opelousas, LA, 70570-1612 | **First Class** |
| 31866 | Town of Cicero | **None** |
| 31866 | U.S. Bankruptcy Court, Eastern Division, 219 S Dearborn, 7th Floor, Chicago, IL, 60604-1702 | **First Class** |
| 31866 | Unite Here Health , Baum Sigman Auerbach & Neuman, Ltd., 200 W Adams ST Suite 1825, Chicago, IL, 60606-5250 | **First Class** |
| 31866 | United Food & Commercial Workers Union Local, 1649 W. Adams St., 2d Floor, Chicago, IL, 60612-3294 | **First Class** |
| 31866 | United Food and Commercial Workers Local 154 | **None** |
| 31866 | Village of Stickney | **None** |
| 31866 | W.E. O'Neil Construction Company , c/o Troutman Pepper Locke LLP, Attn: Mark A. Silverman, 111 S. Wacker Dr., Ste 4100, Chicago, IL, 60606-4409 | **First Class** |
| 31866 | W.E. O'Neil Construction Company , c/o Troutman Pepper Locke LLP, Attn: Michael B. Kind, 111 S. Wacker Dr., Ste 4100, Chicago, IL, 60606-4409 | **First Class** |
| 31866 | W.E. O'Neil Construction Company | **None** |
| 31866 | W.E. O'Neil Construction Company , c/o Troutman Pepper Locke LLP, Attn: Jonathan E. Aberman, 111 S. Wacker Dr., Ste 4100, Chicago, IL, 60606-4409 | **First Class** |
| 31866 | Waste Management , P.O. Box 4648, Carol Stream, IL, 60197-4648 | **First Class** |
| 31866 | WE O'Neil Construction Co , 1245 W Washington Blvd 7th Floor, Chicago, IL, 60607-1929 | **First Class** |
| 31866 | Woodbine Thoroughbred , P.O. Box 156, 555 Rexdale Blvd, Etobicoke, ON M9W 5L2, Canada | **First Class** |