**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

---

Case Title: Hawthone Race Course, Inc Case Number: 26-03505

An appearance is hereby filed by the undersigned as attorney for:
International Sound Corporation

Attorney name (type or print): Thomas Scott Leo

Firm: The Law Offices of T. Scott Leo

Street address: 100 N. LaSalle St. Suite 514

City/State/Zip: Chicago, IL 60602

Bar ID Number: 1089980 Telephone Number: (312) 3570910
(See item 3 in instructions)

Email Address: sleo@leolawpc.com

Are you acting as lead counsel in this case? ☑ Yes ☐ No

Are you acting as local counsel in this case? ☑ Yes ☐ No

Are you a member of the court's trial bar? ☑ Yes ☐ No

If this case reaches trial, will you act as the trial attorney? ☑ Yes ☐ No

If this is a criminal case, check your status. ☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

---

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 8/27/2025

Attorney signature: S/ T. Scott Leo
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015