Form ntcHrg2

**UNITED STATES BANKRUPTCY COURT**
***Northern District of Illinois***
***Eastern Division***
***219 S Dearborn***
***7th Floor***
***Chicago, IL 60604***

---

Bankruptcy Proceeding No.: 26–03505
Chapter: 11
Judge: Timothy A. Barnes

In Re:
Hawthorne Race Course, Inc.
3501 S. Laramie Avenue
Stickney, IL 60804

Social Security No.:

Employer's Tax I.D. No.:
36–3042284

---

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held:

Courtroom 744, 219 S. Dearborn St, Chicago, IL 60604 or Using Zoom

on September 23, 2026 at 09:00 AM

TO CONSIDER AND ACT UPON the following: Convert or Dismiss Case

For the Court,

Dated: August 27, 2026

Jeffrey P. Allsteadt , Clerk
United States Bankruptcy Court

United States Bankruptcy Court

Northern District of Illinois

In re: Case No. 26-03505-TAB
Hawthorne Race Course, Inc. Chapter 11
Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1 User: admin Page 1 of 5
Date Rcvd: Aug 27, 2026 Form ID: ntcHrg2 Total Noticed: 41

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| +++ | Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 29, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Hawthorne Race Course, Inc., 3501 S. Laramie Avenue, Stickney, IL 60804-4598 |
| 31920006 | + | Aria Group Architects, Inc, 830 North Blvd, Oak Park, IL 60301-1354 |
| 32130489 | + | Boyd Racing, LLC, d/b/a Delta Downs Racetrack, Attn: Steve Kuypers, 2717 Delta Downs Drive, Vinton, LA 70668-6025 |
| 31920010 | + | CDI, Inc, 600 Hurstbourne Pkwy, Ste 400, Louisville, KY 40222-5389 |
| 31920074 | + | Caesar's, 4811 Versailles Rd, Lexington, KY 40510-9744 |
| 31920077 | + | Carey White Boland Murnighan & Murray, LLC, 33 W Jackson Blvd, 5th Fl, Chicago, IL 60604-4149 |
| 31920082 | + | Croke Fairchild Duarte & Beres LLC, 180 N LaSalle St, Ste 3400, Chicago, IL 60601-2807 |
| 31920078 | + | Del Mar Thoroughbred Club, 2260 Jimmy Durante Blvd, Del Mar, CA 92014-2216 |
| 31920004 | + | Fanatics, LLC, 8100 Nations Way, Jacksonville, FL 32256-4405 |
| 31920011 | #+ | Horseracing Integrity, 401 W Main St, Ste 222, Lexington, KY 40507-1630 |
| 31988561 | + | Joliet Jefferson LLC, 2525 Camino Del Rio South, Suite 170, San Diego, CA 92108-3718 |
| 31920012 | + | Laurel, P.O. Box 130, Laurel, MD 20725-0130 |
| 31932518 | + | MGM Resorts International, Inc., c/o Stinson LLP/Aalok Sharma, 50 South Sixth Street, Suite 2600, Minneapolis, MN 55402-2241 |
| 31920000 | +++ | Mail Stop 5014CHI, 230 S. Dearborn Street, Room 2600, Chicago, IL 60604-1705 |
| 31920075 | + | Meadowlands, 50 State Rte 120, E Rutherford, NJ 07073-2131 |
| 31920005 | | Monarch Content Management, 285 W Himting Dr, Arcadia, CA 91007 |
| 31920079 | | NYRA, 15 P.O. Box 95000-3820, Philadelphia, PA 19195-0001 |
| 31920081 | + | PARX, P.O.Box 1000, Bensalem, PA 19020-5000 |
| 31944873 | + | PENN Entertainment, Inc., c/o Jennifer F. Wertz, Jackson Walker LLP, 100 Congress Avenue, Suite 1100, Austin, Texas 78701-4042 |
| 32130488 | + | PNK(Ohio), LLC, d/b/a Belterra Park, Attn: Chris Corrado, 6301 Kellogg Road, Cincinnati, OH 45230-5237 |
| 31920080 | + | Penn National, Box 32, Grantville, PA I 17028-0032 |
| 31920008 | | Roberts Communications Network, LLC 4075 Volunteer, Henderson, NV 89044-1845 |
| 32097184 | + | Saratoga Casino Racing, Inc., c/o Whiteman Osterman & Hanna LLP, 80 State Street, 11th Floor, Albany, NY 12207-5015 |
| 32097185 | + | Saratoga Casino Racing, Inc., c/o Whiteman Osterman & Hanna LPLP, 80 State Street, 11th Floor, Albany, NY 12207-5015 |
| 31920083 | + | Tampa Bay Downs, 11225 Race Track Rd, Tampa, FL 33626-3122 |
| 32037962 | + | The Official Committee of Unsecured Creditors, c/o Thomas Joseph Zavala, Husch Blackwell LLP, 1900 N. Pearl Street, Suite 1800, Dallas, Tx 75201-2467 |
| 32130487 | + | The Old Evangeline Downs, L.L.C., d/b/a Evangeline Downs Racetrack & Casin, Attn: Carol Core, 2235 Creswell Lane Extension, Opelousas, LA 70570-1612 |
| 31935433 | + | W.E. O'Neil Construction Company, c/o Troutman Pepper Locke LLP, Attn: Jonathan E. Aberman, 111 S. Wacker Dr., Ste 4100, Chicago, IL 60606-4409 |
| 31935480 | + | W.E. O'Neil Construction Company, c/o Troutman Pepper Locke LLP, Attn: Mark A. Silverman, 111 S. Wacker Dr., Ste 4100, Chicago, IL 60606-4409 |
| 31935549 | + | W.E. O'Neil Construction Company, c/o Troutman Pepper Locke LLP, Attn: Michael B. Kind, 111 S. Wacker Dr., Ste 4100, Chicago, IL 60606-4409 |
| 31920007 | + | WE O'Neil Construction Co, 1245 W Washington Blvd, Chicago, IL 60607-1929 |
| 31920009 | | Woodbine Thoroughbred, P.O. Box 156, 555 Rexdale Blvd, Etobicoke, ON M9W 5L2, Canada |

TOTAL: 32

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 32132059 | + | Email/PDF: ebn_ais@aisinfo.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Aug 27 2026 23:42:26 | AT & T Enterprise aka AT&T, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 32109039 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 27 2026 23:42:35 | AT & T Mobility, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 31976026 | + | Email/Text: ahochheiser@mauricewutscher.com | Aug 27 2026 23:39:00 | AmTrust North America, Inc. on behalf of, Technology Insurance Company, Inc., c/o Maurice Wutscher LLP, 23611 Chagrin Blvd Suite 207, Beachwood, OH 44122-5540 |
| 31928323 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 27 2026 23:42:30 | BMW Financial Services NA, LLC, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 31931949 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 27 2026 23:42:26 | BMW Financial Services NA, LLC c/o AIS Portfolio S, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 31920076 | ^ | MEBN | Aug 27 2026 23:39:52 | Constellation New Energy, Inc, P.O. Box 4640, Carol Stream, IL 60197-4640 |
| 31939192 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 27 2026 23:39:00 | Department of the Treasury, Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 31943551 | + | Email/Text: mmoody@ororkellp.com | Aug 27 2026 23:39:00 | O'Rourke & Moody LLP, 10 S. LaSalle Street, Suite 2510, Chicago, Illinois 60603-1063 |
| 31920084 | ^ | MEBN | Aug 27 2026 23:40:14 | Waste Management, P.O. Box 4648, Carol Stream, IL 60197-4648 |

TOTAL: 9

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 32129574 | | ALLIMAC 2023, LLC |
| 32133826 | *+ | AT & T Enterprise aka AT&T, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 32132060 | *+ | AT & T Enterprise aka AT&T, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 32132293 | *+ | AT & T Enterprise aka AT&T, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 32132294 | *+ | AT & T Enterprise aka AT&T, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 32132884 | *+ | AT & T Enterprise aka AT&T, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 32132885 | *+ | AT & T Enterprise aka AT&T, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 32133514 | *+ | AT & T Enterprise aka AT&T, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 32109270 | *+ | AT & T Mobility, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 32109834 | *+ | AT & T Mobility, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 32111842 | *+ | AT & T Mobility, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 32114638 | *+ | AT & T Mobility, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 31933723 | *+ | BMW Financial Services NA, LLC c/o AIS Portfolio S, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 31933873 | *+ | BMW Financial Services NA, LLC c/o AIS Portfolio S, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 31933874 | *+ | BMW Financial Services NA, LLC c/o AIS Portfolio S, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 31936364 | *+ | BMW Financial Services NA, LLC c/o AIS Portfolio S, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 31936366 | *+ | BMW Financial Services NA, LLC c/o AIS Portfolio S, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 31938925 | *+ | BMW Financial Services NA, LLC c/o AIS Portfolio S, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 31938939 | *+ | BMW Financial Services NA, LLC c/o AIS Portfolio S, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 31938941 | *+ | BMW Financial Services NA, LLC c/o AIS Portfolio S, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 31942009 | *+ | BMW Financial Services NA, LLC c/o AIS Portfolio S, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 31952239 | *+ | BMW Financial Services NA, LLC c/o AIS Portfolio S, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 31958274 | *+ | BMW Financial Services NA, LLC c/o AIS Portfolio S, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 31958277 | *+ | BMW Financial Services NA, LLC c/o AIS Portfolio S, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 31958305 | *+ | BMW Financial Services NA, LLC c/o AIS Portfolio S, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 31958308 | *+ | BMW Financial Services NA, LLC c/o AIS Portfolio S, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 31958321 | *+ | BMW Financial Services NA, LLC c/o AIS Portfolio S, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 31958323 | *+ | BMW Financial Services NA, LLC c/o AIS Portfolio S, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

| | | |
|---|---|---|
| 31958327 | *+ | BMW Financial Services NA, LLC c/o AIS Portfolio S, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 31958390 | *+ | BMW Financial Services NA, LLC c/o AIS Portfolio S, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 31958393 | *+ | BMW Financial Services NA, LLC c/o AIS Portfolio S, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 31958394 | *+ | BMW Financial Services NA, LLC c/o AIS Portfolio S, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 31958396 | *+ | BMW Financial Services NA, LLC c/o AIS Portfolio S, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 31958398 | *+ | BMW Financial Services NA, LLC c/o AIS Portfolio S, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 31959537 | *+ | BMW Financial Services NA, LLC c/o AIS Portfolio S, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 31959567 | *+ | BMW Financial Services NA, LLC c/o AIS Portfolio S, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 31919999 | *+ | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 31939193 | *+ | Internal Revenue Service, Mail Stop 5014CHI, 230 South Dearborn Street Room 2600, Chicago, IL 60604-1705 |

TOTAL: 1 Undeliverable, 37 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Aaron L. Hammer | on behalf of Creditor Tampa Bay Downs Inc. ahammer@ktslaw.com, ecfnotices@ktslaw.com |
| Adam G. Brief | Ustpregion11.es.ecf@usdoj.gov |
| Amy E Daleo | on behalf of Creditor City of Oakbrook Terrace adaleo@cohonraizes.com |
| Barry A Chatz | on behalf of Debtor 1 Carey Heirs Properties LLC barry.chatz@saul.com, jurate.medziak@saul.com |
| Beau Butler | on behalf of Creditor PENN Entertainment Inc. bbutler@jw.com, kgradney@jw.com;dtrevino@jw.com;nwhite@jw.com |
| Benjamin Court | on behalf of Creditor MGM Resorts International Inc. benjamin.court@stinson.com, stephanie.hess@stinson.com,MPL.LSSTeam5@stinson.com |
| Brooke H. Blackwell | on behalf of Creditor Signature Bank bblackwell@vedderprice.com ecfdocket@vedderprice.com |
| Carleen L Cignetto | on behalf of Creditor Joliet Jefferson LLC ccignetto@jnlegal.net |
| Carolina Y. Sales | on behalf of Creditor Milburn LLC csales@robbinsdimonte.com, mrussell@robbinsdimonte.com;jtronina@robbinsdimonte.com |
| Chad J Husnick | on behalf of Interested Party ALLIMAC 2023 LLC chusnick@kirkland.com, will.guerrieri@kirkland.com |
| David A. Golin | on behalf of Debtor 1 Hawthorne Race Course Inc. david.golin@saul.com, maggie.gonzalez@saul.com |
| David R Buetow | on behalf of Creditor Chicago Title Land Trust Company as successor trustee, under the terms of a certain trust agreement dated July 19, 1972, and known as trust number 60290 dbuetow@kdlegal.com, acartwright@frltd.com |

| | |
|---|---|
| Francis J Brennan | on behalf of Creditor Saratoga Casino Racing Inc. fbrennan@woh.com |
| George P Apostolides | on behalf of Debtor 1 Hawthorne Race Course Inc. george.apostolides@saul.com, keri.ambrose@saul.com;LitigationDocketing@saul.com |
| Gerard D. Kelly | on behalf of Creditor Croke Fairchild Duarte & Beres LLC gkelly@crokefairchild.com |
| Gordon E. Gouveia | on behalf of Creditor Derby DIP LLC as designee for JDI Loans LLC ggouveia@foxrothschild.com il.dkt@foxrothschild.com |
| Haskell Garfinkel | on behalf of Creditor Christine Tuma haskell@garfinkelgroup.com |
| Jason Wolin | on behalf of Creditor Los Alamitos Quarter Horse Racing Association jwolin@wolinlawgroup.com |
| Jason Martin Loebach | on behalf of Creditor Aria Group Architects Inc. jml@chitkowskilaw.com, usraz@chitkowskilaw.com |
| Je Hong Park | on behalf of Creditor United Food and Commercial Workers Local 1546 Health & Welfare Fund jp@ulaw.com |
| Jeffrey A Krol | on behalf of Creditor Chicagoland Race Meet Operators and Local 134 I.B.E.W. Joint Pension Trust krol@johnsonkrol.com docket@johnsonkrol.com;burca@johnsonkrol.com |
| Jeffrey Leonard Hamera | on behalf of Creditor Gurtz Electric Co. jlhamera@duanemorris.com djelisius@duanemorris.com |
| Jennifer F. Wertz | on behalf of Creditor PENN Entertainment Inc. jwertz@jw.com, kgradney@jw.com;dtrevino@jw.com;nwhite@jw.com |
| Jerome F Crotty | on behalf of Interested Party Catherine Barry Stack jcrotty@rieckcrotty.com |
| Joel A Schechter, ESQ | on behalf of Creditor Latto Capital LLC joel@jasbklaw.com joelschechter1953@gmail.com;r60549@notify.bestcase.com |
| John Reding | on behalf of Interested Party Illinois Racing Board john.reding@ilag.gov |
| John A Lipinsky | on behalf of Creditor Teamsters Local Union No. 727 Health and Welfare Fund lipinsky@ccmlawyer.com Haskell@ccmlawyer.com;hoekstra@ccmlawyer.com |
| John J Chitkowski | on behalf of Creditor Aria Group Architects Inc. jjc@chitkowskilaw.com, sjt@chitkowskilaw.com;slm@Chitkowskilaw.com |
| Jonathan E Aberman | on behalf of Creditor W.E. O'Neil Construction Company jon.aberman@troutman.com karen.soto@troutman.com;autodocket@troutman.com;monica.molitor@troutman.com;wlbank@troutman.com;ken.listwak@troutman.com;tori.remington@troutman.com |
| Joseph Bernard Goldshlack | on behalf of Creditor Town of Cicero goldshlack@dlglawgroup.com |
| Joseph E. Collins | on behalf of Creditor Illinois Harness Horsemen's Association jcollins@foxrothschild.com |
| Joshua D. Greene | on behalf of U.S. Trustee Adam G. Brief joshua.d.greene@usdoj.gov |
| Keith M St. Aubin | on behalf of Creditor Gurtz Electric Co. kstaubin@duanemorris.com sawagner@duanemorris.com |
| Kerri Anne Matulis | on behalf of Creditor Saratoga Casino Racing Inc. kmatulis@woh.com |
| Kevin Murnighan | on behalf of Defendant Hawthorne Race Course Inc. kevin@careywhitelaw.com, rzaleski@careyfilter.com;arodriguez@careyfilter.com |
| Kevin H Morse | on behalf of Creditor Illinois Thoroughbred Horsemen's Association kmorse@clarkhill.com kwebster@clarkhill.com |
| Laura M. Finnegan | on behalf of Creditor Unite Here Health lmfinnegan@baumsigman.com |
| Mark Adam Silverman | on behalf of Creditor W.E. O'Neil Construction Company mark.silverman@troutman.com |

| | |
|---|---|
| | kathryn.kwell@troutman.com;AutoDocket@troutman.com |
| Martin J. Weis | on behalf of Creditor Racetrack OP CO d/b/a Parx Racing mweis@dilworthlaw.com ctomlin@dilworthlaw.com |
| Max Phillip Barack | on behalf of Creditor Christine Tuma max@garfinkelgroup.com 5533438420@filings.docketbird.com |
| Michael A Brandess | on behalf of Creditor Committee Official Committee of Unsecured Creditors of Hawthorne Race Course Inc., et al. michael.brandess@huschblackwell.com, Docket.Bankruptcy@huschblackwell.com;michael-brandess-5090@ecf.pacerpro.com |
| Michael B Kind | on behalf of Creditor W.E. O'Neil Construction Company michael.kind@troutman.com karen.soto@troutman.com;autodocket@troutman.com;wlbank@troutman.com |
| Michael C. Moody | on behalf of Creditor O'Rourke & Moody LLP mmoody@orourkellp.com firm@orourkellp.com |
| Michael M. Eidelman, ESQ | on behalf of Creditor Signature Bank meidelman@vedderprice.com ecfdocket@vedderprice.com;michael-eidelman-9405@ecf.pacerpro.com;7610@ecf.pacerpro.com |
| Michael W Ott | on behalf of Creditor Churchill Downs Incorporated Inc. michael.ott@icemiller.com |
| Nathan E Delman | on behalf of Creditor Tampa Bay Downs Inc. ndelman@ktslaw.com, ecfnotices@ktslaw.com |
| Riccardo A. DiMonte | on behalf of Creditor Milburn LLC rdimonte@robbinsdimonte.com, msabovic@robbinsdimonte.com |
| Richard C Perna | on behalf of Creditor Chicago Title Land Trust Company as successor trustee, under the terms of a certain trust agreement dated July 19, 1972, and known as trust number 60290 rperna@kdlegal.com, pvillanueva@kdlegal.com |
| Robert Richard Kinas | on behalf of Creditor Roberts Communications Network LLC rkinas@swlaw.com, jfung@swlaw.com;sdugan@swlaw.com;docket_las@swlaw.com;mfull@swlaw.com |
| Tevin D. Bowens | on behalf of Creditor Illinois Thoroughbred Horsemen's Association tbowens@clarkhill.com zhoulihan@clarkhill.com |
| Thomas J. Angell | on behalf of Creditor United Food & Commercial Workers Union Local 1546 tangell@jbosh.com |
| Thomas J. Zavala | on behalf of Creditor Committee Official Committee of Unsecured Creditors of Hawthorne Race Course Inc., et al. tom.zavala@huschblackwell.com |
| Thomas R. Fawkes | on behalf of Creditor Roberts Communications Network LLC thomas.fawkes@tuckerellis.com, christine.cassidy@tuckerellis.com;brian.jackiw@tuckerellis.com |
| Thomas S. Leo | on behalf of Creditor International Sound Corporation sleo@leolawpc.com paralegal@leolawpc.com |
| William M Tasch | on behalf of Creditor Teamsters Local Union No. 727 Health and Welfare Fund william.tasch@ctmlegalgroup.com kyle@ctmlegalgroup.com,emma@ctmlegalgroup.com,information@ctmlegalgroup.com |
| William W Thorsness | on behalf of Creditor 180 Hawthorne Holdings LLC wthorsness@vedderprice.com, ecfdocket@vedderprice.com;william-thorsness-6297@ecf.pacerpro.com |

TOTAL: 56